UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM MALKUM-SANJUAN

CASE NO. 8:21-cr-196-MSS-AEP
46 U.S.C. §§ 70506(a) and (b)
46 U.S.C. § 70503(a)

## INDICTMENT

SEALED

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing until on or about August 27, 2019, the defendant,

WILLIAM MALKUM-SANJUAN,

did knowingly and willfully combine, conspire and agree with other persons, both known and unknown to the Grand Jury, including persons who were on board a vessel subject to the jurisdiction of the United States and who first entered the United States at a place in the Middle District of Florida, to distribute and possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of 46 U.S.C. § 70503(a)(1).

All in violation of 46 U.S.C. §§ 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1.   The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 46 U.S.C. § 70507, 21 U.S.C. §§ 853, 881(a) and 28 U.S.C. § 2461(c).

2.   Upon conviction of the violations alleged in Count One of the Indictment, in violation of 46 U.S.C. § 70503 or 70506, the defendant shall forfeit to the United States, pursuant to 46 U.S.C. § 70507; 21 U.S.C. § 881(a); and 28 U.S.C. § 2461(c), all property subject to forfeiture pursuant to 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

     (a)   cannot be located upon the exercise of due diligence;

     (b)   has been transferred or sold to, or deposited with, a third person;

     (c)   has been placed beyond the jurisdiction of the Court;

     (d)   has been substantially diminished in value; or

     (e)   has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By:  _____
Toni A. Goodin
Special Assistant United States Attorney

By:  _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM MALKUM-SANJUAN

INDICTMENT

Violations: 46 U.S.C. §§ 70506(a) and (b)
46 U.S.C. § 70503(a)

A true bill,

_____
Foreperson

Filed in open court this 2nd day

of June 2021.

_____
Clerk

Bail $_____

GPO 863 525